**Fill in this information to identify the case:**

Debtor name **One Hundred Fold II, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF LOUISIANA**

Case number (if known) **18-10313**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 23, 2018**              X */s/ Jerry L. Baker, Jr.*
                                           Signature of individual signing on behalf of debtor

                                           **Jerry L. Baker, Jr.**
                                           Printed name

                                           **Manager**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name       **One Hundred Fold II, LLC**

United States Bankruptcy Court for the:       MIDDLE DISTRICT OF LOUISIANA

Case number (if known)    **18-10313**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................    $ _____ **750,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................................    $ _____ **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................................    $ _____ **750,000.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ **1,255,075.67**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____ **0.00**

4.    **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b    $ _____ **1,255,075.67**

**Fill in this information to identify the case:**

Debtor name     **One Hundred Fold II, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF LOUISIANA

Case number (if known)     **18-10313**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

| 7.1. | tenant security deposits subject to offset for delinquency | undetermined |
|---|---|---|

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**
        Add lines 7 through 8. Copy the total to line 81.                    $0.00

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:     Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

| Debtor | **One Hundred Fold II, LLC** | Case number *(If known)* **18-10313** |
|---|---|---|
| | Name | |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **7351 Bomer Dr, Baton Rouge, LA 70812; Greendale S/D lot 87** | **flooded August 2016** | | | **$15,000.00** |
| 55.2.   **3577 Shelley St, Baton Rouge, LA 70805 Horth Highland Estates s/d, lot 57** | | | | **$15,000.00** |
| 55.3.   **5612 Adams Ave, Baton Rouge, LA 70805; East Fairfields lot 20 Sq 25** | | | | **$15,000.00** |

| Debtor | **One Hundred Fold II, LLC** | | Case number *(if known)* **18-10313** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 55.4. | **5742 Henderson Ave, Baton Rouge, LA 70805; Legion Village, lot 53** | removed by city | $0.00 |
| 55.5. | **5074 Sumrall Dr, Baton Rouge, LA 70811; Glen Oaks s/d, lot 248** | | $15,000.00 |
| 55.6. | **3848 Spedale St, Baton Rouge, LA 70805; a portion of lot 2 Fairacre Farms** | | $15,000.00 |
| 55.7. | **5056 Clayton Dr, Baton Rouge, LA 70805; Addition North Highlands, lot 7 & east 10' lot 6, Sq 19** | flooded August 2016 | $15,000.00 |
| 55.8. | **5339 Ritterman Ave, Baton Rouge, LA 70805; Dougherty Place s/d, lot 19, Sq E** | flooded August 2016 & removed by city | $0.00 |
| 55.9. | **3749 Clayton Dr, Baton Rouge, LA 70805; North Highlands Estates lot 198** | | $15,000.00 |
| 55.10. | **5153 Byron Ave, Baton Rouge, LA 70805; addition North Highlands, lot 14 Sq 13** | | $15,000.00 |
| 55.11. | **5444 Osbourne Ave, Baton Rouge, LA 70805; Dougherty Place, lot 24, Sq B** | | $15,000.00 |
| 55.12. | **3229 Ontario St, Baton Rouge, LA 70807; Crawford Addition lot 3 Sq 5 or E** | | $15,000.00 |
| 55.13. | **5024 Prescott Rd, Baton Rouge, LA 70805; East Dayton s/d, Lot 104** | flooded August 2016 | $15,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **One Hundred Fold II, LLC**                    Case number *(If known)* **18-10313**
Name

| | | | | |
|---|---|---|---|---|
| 55.14. | **3842 Eleanor Dr, Baton Rouge, LA 70805; East Dayton, lot 88** | **flooded August 2016** | | $15,000.00 |
| 55.15. | **2275 Rhodes Ave, Baton Rouge, LA 70802;  Belfair Homes s/d, lot 415** | | | $15,000.00 |
| 55.16. | **3965 Sycamore St, Baton Rouge, LA 70805;  Schorten Place s/d, lot 16, Sq 7** | **flooded August 2016** | | $15,000.00 |
| 55.17. | **3005 Winbourne Ave, Baton Rouge, LA 70805; Rasalie Park, lot 11, Sq 1** | | | $15,000.00 |
| 55.18. | **2938 69th Ave, Baton Rouge, LA 70807; Bank Addition, Lot Number 40-A, Sq 53** | | | $15,000.00 |
| 55.19. | **2741 Curtis St, Baton Rouge, LA 70807; Roosevelt Place, lot 17 Sq 9** | | | $15,000.00 |
| 55.20. | **3406 Fairfields Ave, Baton Rouge, LA 70802;  Belfort s/d lot 156** | | | $15,000.00 |
| 55.21. | **4065 N. Foster Dr, Baton Rouge, LA 70805; East Dayton s/d, lot 145** | **flooded August 2016** | | $15,000.00 |
| 55.22. | **2845 Shelley St, Baton Rouge, LA 70805; Delmont Place s/d lot 33 Sq 8** | | | $15,000.00 |
| 55.23. | **4708 Shelley St, Baton Rouge, LA 70805; Addition North Highlands s/d, lot 7 Sq 10** | **flooded August 2016** | | $15,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **One Hundred Fold II, LLC**                                     Case number *(If known)*  **18-10313**
         Name

| | | | | |
|---|---|---|---|---|
| 55.24 · | **2815 Dayton St, Baton Rouge, LA 70805;  Dayton S/D, lot 11 Sq 2** | | | **$15,000.00** |
| 55.25 · | **3864 Ozark St, Baton Rouge, LA 70805; New Dayton s/d, lot 13 Sq 18** | | | **$15,000.00** |
| 55.26 · | **2908 Elm Dr, Baton Rouge, LA 70805; South Dayton s/d, lot 37** | **flooded August 2016** | | **$15,000.00** |
| 55.27 · | **1824 Terrace St, Baton Rouge, LA 70802;  Addition Suburb Swart, lot 60** | | | **$15,000.00** |
| 55.28 · | **CHECK THIS ITEM: 6854 Perimeter Dr, Baton Rouge, LA 70812;** | | | **$15,000.00** |
| 55.29 · | **5724 Henderson Ave, Baton Rouge, LA 70805; Legion Village s/d, lot 50** | | | **$15,000.00** |
| 55.30 · | **920 Chipley St, Baker, LA 70714; Park Ridge Sec II, lot 66** | | | **$15,000.00** |
| 55.31 · | **4188 Mohican St, Baton Rouge, LA 70805;  Babin s/d, lot 62, Sq 2** | **flooded AUgust 2016 & city seeking to remove** | | **$15,000.00** |
| 55.32 · | **3328 Grenwell St, Baton Rouge, LA 70805;  Legion Village, lot 65** | | | **$15,000.00** |
| 55.33 · | **4051 Mohican St, Baton Rouge, LA 70805; Babin s/b, lot L Sq 4** | **flooded August 2016** | | **$15,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **One Hundred Fold II, LLC** | | Case number *(If known)* **18-10313** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.34. | **3958 Sherwood St, Baton Rouge, LA 70805;  North Highland Estates, lot 246** | **flooded August 2016** | | | **$15,000.00** |
| 55.35. | **2722 Lupine Ave, Baton Rouge, LA 70805; Standard Heights, lot 3 Sq 55** | | | | **$15,000.00** |
| 55.36. | **3438 Geronimo St, Baton Rouge, LA 70805;  Suburb Istrouma, lot 9-C, Sq 110** | | | | **$15,000.00** |
| 55.37. | **3402 Dayton St, Baton Rouge, LA 70805;  Plank Road S/D, lot 4** | | | | **$15,000.00** |
| 55.38. | **4148 Mohican St, Baton Rouge, LA 70805;  Babin, lot 60, Sq 2** | **flooded & city seeking to remove** | | | **$15,000.00** |
| 55.39. | **4135 Mohican St, Baton Rouge, LA 70805; Babin s/d lot P, Sq 4** | **flooded & city seeking to remove** | | | **$15,000.00** |
| 55.40. | **4720 Clayton Dr, Baton Rouge, LA 70805; Addition North HIghlands lot 8 Sq 11** | **flooded August 2016** | | | **$15,000.00** |
| 55.41. | **3027 Winbourne Ave, Baton Rouge, LA 70805; Rosalie Park s/d, lot 13 & western half lot 14, sq 1** | | | | **$15,000.00** |
| 55.42. | **5350 Clayton Drive, Baton Rouge, LA 70805; Suburb Greaud, lot 8** | | | | **$15,000.00** |
| 55.43. | **4967 Underwood, Baton Rouge, LA 70805;  Foster Heights s/d, lot 41** | | | | **$15,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **One Hundred Fold II, LLC** | | Case number *(If known)* **18-10313** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.44 · | **4911 Fairfields Ave, Baton Rouge, LA 70802;  East Fairfields s/d lot 9 Sq 3** | | | | **$15,000.00** |
| 55.45 · | **1621 N. 30th St, Baton Rouge, LA 70802;  Suburb Bogan, lot 12, Sq 5** | **removed by city** | | | **$0.00** |
| 55.46 · | **4592 Sherwood St, Baton Rouge, LA 70805;  Addition North Highlands s/d, lot 23 Sq 4** | **checking status since August 2016 flood** | | | **$15,000.00** |
| 55.47 · | **2915 70th Ave, Baton Rouge, LA 70807; Bank Addition Lots 3&4 Sq 70** | | | | **$15,000.00** |
| 55.48 · | **4748 Jackson Ave, Baton Rouge, LA 70805; East Fairfileds, Lot 25 Sq 5** | | | | **$15,000.00** |
| 55.49 · | **3576 Dalton St, Baton Rouge, LA 70805; Highland Gardens Lot 122** | | | | **$15,000.00** |
| 55.50 · | **3001 Erie St, Baton Rouge, LA 70805; Victory Place, lot 16, Block 1** | **removed by city despite opposition** | | | **$0.00** |
| 55.51 · | **2948 Erie St, Baton Rouge, LA 70805; Victory Place, lot 42, Sq 2** | | | | **$15,000.00** |
| 55.52 · | **2903 70th Ave, Baton Rouge, LA 70805; Banks Addition, Lots 1&2, Sq 70** | | | | **$15,000.00** |
| 55.53 · | **4060 Clayton Dr, Baton Rouge, LA 70805; North Highlnd Estates portion #206 & 217** | **flooded August 2016 - subject to Wells Fargo settlement** | | | **$15,000.00** |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **One Hundred Fold II, LLC** | Case number *(If known)* **18-10313** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 55.54. | **5010 and 5018 Clayton Dr, Baton Rouge, LA 70805; lot 2-A Sq19 Addition to North Highlands** | **flooded AUgust 2016; mortgage released; no flood insurance** | | **$0.00** |
| 55.55. | **3045 N. 68th St, Baton Rouge, LA 70807; Bank S/d, lot 18 & eastern 20' lot 17, Sq 53** | **removed by city** | | **$0.00** |
| 55.56. | **6849 Perimeter St, Baton Rouge, LA 70812; Holiday Woods s/d, Lot 34** | | | **$15,000.00** |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$750,000.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

**Current value of debtor's interest**

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor   **One Hundred Fold II, LLC**                                      Case number *(If known)*   **18-10313**
_____Name_____

**claims against creditors:**
**claims that resulted from damage to the debtor, the**
**debtor's property, and the debtor's shareholder,**
**including but not limited to secured creditors' failure to**
**implement the terms of the confirmed chapter 11 plan of**
**Redeemed Properties Inc., failure to account for the**
**chapter 11 plan payments correctly; inability to utilize**
**insurance proceeds after the August 2016 flood losses**                                              **Unknown**

**Nature of claim**                   **damages**

| | |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
| 78. | **Total of Part 11.** |

Add lines 71 through 77. Copy the total to line 90.                                      **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor    **One Hundred Fold II, LLC**
_____    Case number *(If known)*  **18-10313**
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $750,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $750,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $750,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **One Hundred Fold II, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF LOUISIANA

Case number (if known)    **18-10313**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** | **Chase Mortgage**
Creditor's Name

**PO Box 24696**
**Columbus, OH 43224-0696**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4853**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**3749 Clayton Dr, Baton Rouge, LA 70805;**
**North Highlands Estates lot 198**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$23,498.29**    Value of collateral: **$15,000.00**

**2.2** | **Chase Mortgage**
Creditor's Name

**PO Box 24696**
**Columbus, OH 43224-0696**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9944**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**5339 Ritterman Ave, Baton Rouge, LA 70805;**
**Dougherty Place s/d, lot 19, Sq E**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$25,665.21**    Value of collateral: **$0.00**

Debtor **One Hundred Fold II, LLC**
Name

Case number (if know) **18-10313**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **Chase Mortgage** | | $27,756.18 | $15,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**5056 Clayton Dr, Baton Rouge, LA 70805; Addition North Highlands, lot 7 & east 10' lot 6, Sq 19**

**PO Box 24696**
**Columbus, OH 43224-0696**
Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4580**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Chase Mortgage** | | $27,408.30 | $15,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**3848 Spedale St, Baton Rouge, LA 70805;  a portion of lot 2 Fairacre Farms**

**PO Box 24696**
**Columbus, OH 43224-0696**
Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2145**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Chase Mortgage** | | $34,635.38 | $15,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**5074 Sumrall Dr, Baton Rouge, LA 70811; Glen Oaks s/d, lot 248**

**PO Box 24696**
**Columbus, OH 43224-0696**
Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  2 of 22

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **One Hundred Fold II, LLC**
Name

Case number (if know) **18-10313**

---

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Chase Mortgage** | **Describe debtor's property that is subject to a lien** | $28,286.76 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 24696**
**Columbus, OH 43224-0696**

Creditor's mailing address

**5742 Henderson Ave, Baton Rouge, LA 70805;  Legion Village, lot 53**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4606**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Chase Mortgage** | **Describe debtor's property that is subject to a lien** | $27,087.16 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 24696**
**Columbus, OH 43224-0696**

Creditor's mailing address

**5612 Adams Ave, Baton Rouge, LA 70805; East Fairfields lot 20 Sq 25**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8726**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.8 | **Chase Mortgage** | **Describe debtor's property that is subject to a lien** | $47,145.63 | $15,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | One Hundred Fold II, LLC | Case number (if know) | 18-10313 |
|---|---|---|---|
| | Name | | |

---

Creditor's Name

**PO Box 24696**
**Columbus, OH 43224-0696**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2137**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**3577 Shelley St, Baton Rouge, LA 70805**
**Horth Highland Estates s/d, lot 57**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Chase Mortgage** | Describe debtor's property that is subject to a lien | $29,589.20 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 24696**
**Columbus, OH 43224-0696**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7010**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**7351 Bomer Dr, Baton Rouge, LA 70812;**
**Greendale S/D lot 87**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Chase Mortgage** | Describe debtor's property that is subject to a lien | $24,775.33 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 24696**
**Columbus, OH 43224-0696**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6651**

**Do multiple creditors have an interest in the same property?**

**5153 Byron Ave, Baton Rouge, LA 70805;**
**addition North Highlands, lot 14 Sq 13**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **One Hundred Fold II, LLC** | | Case number (*if know*) | **18-10313** |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 1 | **Chase Mortgage** | Describe debtor's property that is subject to a lien | $20,446.40 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 24696
Columbus, OH 43224-0696**

Creditor's mailing address

**5444 Osbourne Ave, Baton Rouge, LA 70805;
Dougherty Place, lot 24, Sq B**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

Creditor's email address, if known

- ■ No
- ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
7515**

Do multiple creditors have an interest in the same property?

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 2 | **Citimortgage Inc.** | Describe debtor's property that is subject to a lien | $25,097.53 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 10002
Hagerstown, MD 21747**

Creditor's mailing address

**3229 Ontario St, Baton Rouge, LA 70807;
Crawford Addition lot 3 Sq 5 or E**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

Creditor's email address, if known

- ■ No
- ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
2042**

Do multiple creditors have an interest in the same property?

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 3 | **Citimortgage Inc.** | Describe debtor's property that is subject to a lien | $24,224.22 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 10002
Hagerstown, MD 21747**

Creditor's mailing address

**5024 Prescott Rd, Baton Rouge, LA 70805;
East Dayton s/d, Lot 104**

Describe the lien
**Mortgage**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 22

Debtor **One Hundred Fold II, LLC**
Name

Case number (*if know*)  **18-10313**

---

Is the creditor an insider or related party?

☑ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3542**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☑ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.1 4 | **Citimortgage Inc.** | Describe debtor's property that is subject to a lien | $21,422.35 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**3842 Eleanor Dr, Baton Rouge, LA 70805;
East Dayton, lot 88**

**PO Box 10002
Hagerstown, MD 21747**

Creditor's mailing address

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9749**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **Citimortgage Inc.** | Describe debtor's property that is subject to a lien | $26,029.50 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**2741 Curtis St, Baton Rouge, LA 70807;
Roosevelt Place, lot 17 Sq 9**

**PO Box 10002
Hagerstown, MD 21747**

Creditor's mailing address

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8842**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **One Hundred Fold II, LLC** | Case number (if know) | **18-10313** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1 6 | **Green Tree/Ditech Financial LLC** | Describe debtor's property that is subject to a lien | $26,019.20 | $15,000.00 |
| --- | --- | --- | --- | --- |

| 2.1 6 | **Green Tree/Ditech Financial LLC** |
| --- | --- |
| | Creditor's Name |
| | **PO Box 6172 Rapid City, SD 57709** |
| | Creditor's mailing address |
| | |
| | Creditor's email address, if known |
| | **Date debt was incurred** |
| | **Last 4 digits of account number 5024** |
| | **Do multiple creditors have an interest in the same property?** |
| | ■ No |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. |

**Describe debtor's property that is subject to a lien**
**2275 Rhodes Ave, Baton Rouge, LA 70802; Belfair Homes s/d, lot 415**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$26,019.20          $15,000.00

---

| 2.1 7 | **Green Tree/Ditech Financial LLC** |
| --- | --- |
| | Creditor's Name |
| | **PO Box 6172 Rapid City, SD 57709** |
| | Creditor's mailing address |
| | |
| | Creditor's email address, if known |
| | **Date debt was incurred** |
| | **Last 4 digits of account number 5016** |
| | **Do multiple creditors have an interest in the same property?** |
| | ■ No |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. |

**Describe debtor's property that is subject to a lien**
**3965 Sycamore St, Baton Rouge, LA 70805; Schorten Place s/d, lot 16, Sq 7**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$26,029.50          $15,000.00

---

| 2.1 8 | **Green Tree/Ditech Financial LLC** |
| --- | --- |
| | Creditor's Name |
| | **PO Box 6172 Rapid City, SD 57709** |
| | Creditor's mailing address |
| | |
| | Creditor's email address, if known |
| | **Date debt was incurred** |

**Describe debtor's property that is subject to a lien**
**3005 Winbourne Ave, Baton Rouge, LA 70805; Rasalie Park, lot 11, Sq 1**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

$27,042.91          $15,000.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **One Hundred Fold II, LLC**                                    Case number (*if know*)    **18-10313**
Name

|  |  |  |
|---|---|---|

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7285**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Green Tree/Ditech Financial LLC** | | $28,655.63 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 6172**
**Rapid City, SD 57709**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2938 69th Ave, Baton Rouge, LA 70807;  Bank Addition, Lot Number 40-A, Sq 53**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5940**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **PNC Bank** | | $22,939.12 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Dept.**
**PO Box 489909**
**Charlotte, NC 28269-5329**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**3406 Fairfields Ave, Baton Rouge, LA 70802; Belfort s/d lot 156**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4193**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **PNC Bank** | | $23,832.74 | $15,000.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Debtor    **One Hundred Fold II, LLC**
_____
Name

Case number *(if know)*    **18-10313**

---

Creditor's Name
**Attn: Bankruptcy Dept.
PO Box 489909
Charlotte, NC 28269-5329**
Creditor's mailing address

**4065 N. Foster Dr, Baton Rouge, LA 70805;
East Dayton s/d, lot 145**

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
0393**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | | | | |

**PNC Bank**
Creditor's Name

**Attn: Bankruptcy Dept.
PO Box 489909
Charlotte, NC 28269-5329**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2845 Shelley St, Baton Rouge, LA 70805;
Delmont Place s/d lot 33 Sq 8**

**$14,447.56**    **$15,000.00**

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
5048**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | | | | |

**PNC Bank**
Creditor's Name

**Attn: Bankruptcy Dept.
PO Box 489909
Charlotte, NC 28269-5329**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**4708 Shelley St, Baton Rouge, LA 70805;
Addition North Highlands s/d, lot 7 Sq 10**

**$21,239.96**    **$15,000.00**

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
4194**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  9 of 22

| Debtor | **One Hundred Fold II, LLC** | Case number (if know) | **18-10313** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **PNC Bank** | | | $24,726.37 | $15,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Dept.
PO Box 489909
Charlotte, NC 28269-5329**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
5047**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2815 Dayton St, Baton Rouge, LA 70805; Dayton S/D, lot 11 Sq 2**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

■ No

☐ Yes
**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **PNC Bank** | | | $24,490.49 | $15,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Dept.
PO Box 489909
Charlotte, NC 28269-5329**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
1941**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**3864 Ozark St, Baton Rouge, LA 70805;  New Dayton s/d, lot 13 Sq 18**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

■ No

☐ Yes
**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **PNC Bank** | | | $26,514.67 | $15,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Dept.
PO Box 489909
Charlotte, NC 28269-5329**

**Describe debtor's property that is subject to a lien**
**2908 Elm Dr, Baton Rouge, LA 70805; South Dayton s/d, lot 37**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 10 of 22

Debtor    **One Hundred Fold II, LLC**
Name

Case number (if know)    **18-10313**

---

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5148**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **PNC Bank** | Describe debtor's property that is subject to a lien | $27,408.30 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Dept.**
**PO Box 489909**
**Charlotte, NC 28269-5329**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3947**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**1824 Terrace St, Baton Rouge, LA 70802; Addition Suburb Swart, lot 60**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **PNC Bank** | Describe debtor's property that is subject to a lien | $25,619.99 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Dept.**
**PO Box 489909**
**Charlotte, NC 28269-5329**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8312**

**Do multiple creditors have an interest in the same property?**

**5724 Henderson Ave, Baton Rouge, LA 70805; Legion Village s/d, lot 50**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **One Hundred Fold II, LLC** | | Case number (if know) | **18-10313** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.29**

**PNC Bank**
Creditor's Name

**Attn: Bankruptcy Dept.**
PO Box 489909
Charlotte, NC 28269-5329
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4187**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**920 Chipley St, Baker, LA 70714; Park Ridge Sec II, lot 66**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$47,072.28     $15,000.00

---

**2.30**

**PNC Bank**
Creditor's Name

**Attn: Bankruptcy Dept.**
PO Box 489909
Charlotte, NC 28269-5329
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5197**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**4188 Mohican St, Baton Rouge, LA 70805; Babin s/d, lot 62, Sq 2**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,619.99     $15,000.00

---

**2.31**

**PNC Bank**
Creditor's Name

**Attn: Bankruptcy Dept.**
PO Box 489909
Charlotte, NC 28269-5329
Creditor's mailing address

Describe debtor's property that is subject to a lien
**3328 Grenwell St, Baton Rouge, LA 70805; Legion Village, lot 65**

Describe the lien
**Mortgage**

$23,385.93     $15,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 12 of 22

Debtor    **One Hundred Fold II, LLC**
_____
Name

Case number (if know)    **18-10313**

---

Is the creditor an insider or related party?

■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3945**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **PNC Bank** | Describe debtor's property that is subject to a lien | $14,894.38 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Dept.**
**PO Box 489909**
**Charlotte, NC 28269-5329**
Creditor's mailing address

**4051 Mohican St, Baton Rouge, LA 70805;**
**Babin s/b, lot L Sq 4**

**Describe the lien**
**Mortgage**

Is the creditor an insider or related party?

■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5068**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **PNC Bank** | Describe debtor's property that is subject to a lien | $14,299.12 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Dept.**
**PO Box 489909**
**Charlotte, NC 28269-5329**
Creditor's mailing address

**3958 Sherwood St, Baton Rouge, LA 70805;**
**North Highland Estates, lot 246**

**Describe the lien**
**Mortgage**

Is the creditor an insider or related party?

■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5201**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **One Hundred Fold II, LLC**                                        Case number (if know)    **18-10313**
_____
Name

☐ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **PNC Bank** | **Describe debtor's property that is subject to a lien** | $16,234.81 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Dept.
PO Box 489909
Charlotte, NC 28269-5329**
Creditor's mailing address

**2722 Lupine Ave, Baton Rouge, LA 70805;
Standard Heights, lot 3 Sq 55**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5046**

**Do multiple creditors have an
interest in the same property?**
☐ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **PNC Bank** | **Describe debtor's property that is subject to a lien** | $16,681.63 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Dept.
PO Box 489909
Charlotte, NC 28269-5329**
Creditor's mailing address

**3438 Geronimo St, Baton Rouge, LA 70805;
Suburb Istrouma, lot 9-C, Sq 110**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5045**

**Do multiple creditors have an
interest in the same property?**
☐ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **PNC Bank** | **Describe debtor's property that is subject to a lien** | $14,000.75 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Dept.
PO Box 489909
Charlotte, NC 28269-5329**
Creditor's mailing address

**3402 Dayton St, Baton Rouge, LA 70805;
Plank Road S/D, lot 4**

**Describe the lien**
**Mortgage**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

Debtor  **One Hundred Fold II, LLC**
Name                                    Case number (if know)  **18-10313**

---

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5065**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☐ Unliquidated

■ No

☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 7 | **PNC Bank** | **Describe debtor's property that is subject to a lien** | $14,447.56 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**4148 Mohican St, Baton Rouge, LA 70805; Babin, lot 60, Sq 2**

**Attn: Bankruptcy Dept.**
**PO Box 489909**
**Charlotte, NC 28269-5329**
Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5022**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☐ Unliquidated

■ No

☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 8 | **PNC Bank** | **Describe debtor's property that is subject to a lien** | $13,417.48 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**4135 Mohican St, Baton Rouge, LA 70805; Babin s/d lot P, Sq 4**

**Attn: Bankruptcy Dept.**
**PO Box 489909**
**Charlotte, NC 28269-5329**
Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5019**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 15 of 22

Debtor   **One Hundred Fold II, LLC**
_____
Name

Case number (if know)   **18-10313**

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 9 | | | | |
|---|---|---|---|---|

**Seterus, Inc.**
_____
Creditor's Name

**PO Box 1077**
**Hartford, CT 06143**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3048**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**4720 Clayton Dr, Baton Rouge, LA 70805;**
**Addition North HIghlands lot 8 Sq 11**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$35,129.16   $15,000.00

---

| 2.4 0 | | | | |
|---|---|---|---|---|

**Seterus, Inc.**
_____
Creditor's Name

**PO Box 1077**
**Hartford, CT 06143**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8701**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**3027 Winbourne Ave, Baton Rouge, LA**
**70805; Rosalie Park s/d, lot 13 & western half**
**lot 14, sq 1**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$24,224.22   $15,000.00

---

| 2.4 1 | | | | |
|---|---|---|---|---|

**Seterus, Inc.**
_____
Creditor's Name

**PO Box 1077**
**Hartford, CT 06143**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien
**5350 Clayton Drive, Baton Rouge, LA 70805;**
**Suburb Greaud, lot 8**

Describe the lien
**Mortgage**

$30,339.47   $15,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 16 of 22

Debtor    **One Hundred Fold II, LLC**                      Case number (if know)    **18-10313**
_____
Name

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**8680** |  |
| **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 2.4<br>2 | **Seterus, Inc.** | **Describe debtor's property that is subject to a lien** | $26,029.50 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 1077**
**Hartford, CT 06143**
_____
Creditor's mailing address

**4967 Underwood, Baton Rouge, LA 70805;**
**Foster Heights s/d, lot 41**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9640**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4<br>3 | **Seterus, Inc.** | **Describe debtor's property that is subject to a lien** | $21,652.27 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 1077**
**Hartford, CT 06143**
_____
Creditor's mailing address

**4911 Fairfields Ave, Baton Rouge, LA 70802;**
**East Fairfields s/d lot 9 Sq 3**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9659**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 17 of 22

Debtor    **One Hundred Fold II, LLC**
Name

Case number (if know)    **18-10313**

---

| 2.4 4 | **Seterus, Inc.** | Describe debtor's property that is subject to a lien | $24,224.22 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 1077
Hartford, CT 06143**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
8699**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**1621 N. 30th St, Baton Rouge, LA 70802;
Suburb Bogan, lot 12, Sq 5**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 5 | **Seterus, Inc.** | Describe debtor's property that is subject to a lien | $23,194.26 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 1077
Hartford, CT 06143**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
9631**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**4592 Sherwood St, Baton Rouge, LA 70805;
Addition North Highlands s/d, lot 23 Sq 4**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 6 | **Seterus, Inc.** | Describe debtor's property that is subject to a lien | $20,729.93 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 1077
Hartford, CT 06143**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2915 70th Ave, Baton Rouge, LA 70807;  Bank
Addition Lots 3&4 Sq 70**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No

---

Debtor  **One Hundred Fold II, LLC**                                    Case number (if know)   **18-10313**
        Name

---

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8765**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 7 | **SN Servicing Corp.** | | $0.00 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**4748 Jackson Ave, Baton Rouge, LA 70805;**
**East Fairfileds, Lot 25 Sq 5**

**323 5th Street**
**Eureka, CA 95501**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8939**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 8 | **Wells Fargo Home Mortgage** | | $32,947.31 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**3576 Dalton St, Baton Rouge, LA 70805;**
**Highland Gardens Lot 122**

**PO Box 10335**
**Des Moines, IA 50306-0335**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1864**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 9 | **Wells Fargo Home Mortgage** | | $26,675.35 | $0.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Debtor   **One Hundred Fold II, LLC**
_____
Name

Case number (if know)   **18-10313**
_____

---

Creditor's Name

**PO Box 10335**
**Des Moines, IA 50306-0335**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7223**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**3001 Erie St, Baton Rouge, LA 70805;  Victory Place, lot 16, Block 1**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.50   **Wells Fargo Home Mortgage**
Creditor's Name

**PO Box 10335**
**Des Moines, IA 50306-0335**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2355**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2948 Erie St, Baton Rouge, LA 70805;  Victory Place, lot 42, Sq 2**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,877.77          $15,000.00

---

2.51   **Wells Fargo Home Mortgage**
Creditor's Name

**PO Box 10335**
**Des Moines, IA 50306-0335**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**4060 Clayton Dr, Baton Rouge, LA 70805; North HighInd Estates portion #206 & 217**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$32,964.40          $15,000.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **One Hundred Fold II, LLC**
Name

Case number (if know)   **18-10313**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$1,255,075.67

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Alicia Cook; Herschel C. Adcock Jr. LLC,** 13541 Tiger Bend Rd Baton Rouge, LA 70817 | Line **2.17** | |
| **Bayview Loan Servicing** 4425 Ponce de Leon Blvd 5th Floor Coral Gabless, FL 33146 | Line **2.10** | |
| **Chase Home Finance** PO Box 182349 Columbus, OH 43218 | Line **2.2** | |
| **CitiMortgage Inc.** PO Box 689196 Des Moines, IA 50368-9196 | Line **2.12** | |
| **Dean Morris LLP** 1505 North 19th St Monroe, LA 71201-4941 | Line **2.43** | |
| **Dean Morris, LLP** 1505 N 19th St Monroe, LA 71201 | Line **2.50** | |
| **FNMA Fannie Mae c/0 Seterus, Inc** P O Box 2008 Grand Rapids, MI 49501-2008 | Line **2.45** | |
| **Graham, Arceneaux, & Allen** 639 Loyola Ave Suite 1800 New Orleans, LA 70113 | Line **2.3** | |
| **Graham, Arceneax & Allen LLC** 639 Loyola Ave Suite 1800 New Orleans, LA 70113 | Line **2.45** | |
| **Green Tree Servicing, LLC** PO Box 94710 Palatine, IL 60094-4710 | Line **2.16** | |
| **Heather Alexis, McGlinchey Stafford** 601 Poydras St  Suite 1200 New Orleans, LA 70130 | Line **2.2** | |

Debtor   **One Hundred Fold II, LLC**
_____
Name

Case number (*if know*)   **18-10313**
_____

| | |
|---|---|
| **Jackson McPherson**<br>**1010 Common St SUITE 1800**<br>**New Orleans, LA 70112** | Line **2.29** |
| **MTGLQ Investors, LC, Selene Finance LP**<br>**P O Box 422039**<br>**Houston, TX 77242-4239** | Line **2.45** |
| **Patrick Willis, attorney, Baker Donelson**<br>**201 St Charles Ave #3600**<br>**New Orleans, LA 70170** | Line **2.48** |
| **PNC**<br>**PO Box 1820**<br>**Dayton, OH 45401** | Line **2.20** |
| **PNC Property Preservation**<br>**3232 Newmark Dr**<br>**Miamisburg, OH 45342** | Line **2.27** |
| **Seterus, Inc.**<br>**PO Box 54420**<br>**Los Angeles, CA 90054-0420** | Line **2.39** |
| **Shellpoint Mortgage Servicing**<br>**c/o Herschel C. Adcock, Jr. Law**<br>**13541 Tiger Bend Rd**<br>**Baton Rouge, LA 70817** | Line **2.22** |
| **Stacy Wheat, attorney Grahm Arceneaux**<br>**639 Loyola Ave Suite 1800**<br>**New Orleans, LA 70113** | Line **2.39** |
| **Wheelis & Rozanski APLC**<br>**2312 S. MacArthur Dr**<br>**Alexandria, LA 71301** | Line **2.17** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **One Hundred Fold II, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF LOUISIANA

Case number (if known)    **18-10313**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| **East Baton Rouge Parish Assessor** <br> **222 St. Louis St.** <br> **Room 126** <br> **Baton Rouge, LA 70802** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No <br> ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|---|
| | | ☐ Contingent |
| | **Date or dates debt was incurred** ____ | ☐ Unliquidated |
| | **Last 4 digits of account number** ____ | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | | Is the claim subject to offset?  ☐ No  ☐ Yes |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ |

Debtor    **One Hundred Fold II, LLC**                                  Case number (*if known*)    **18-10313**
                    Name

**5b. Total claims from Part 2**                                    5b.  +  $ _____ 0.00
                                                                                    0.00

**5c. Total of Parts 1 and 2**                                     5c.    $ _____
    Lines 5a + 5b = 5c.                                                                  0.00

**Fill in this information to identify the case:**

Debtor name      **One Hundred Fold II, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF LOUISIANA

Case number (if known)    **18-10313**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **residential tenant leases on a month to month basis** |
| State the term remaining | |
| List the contract number of any government contract | **tenants** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **One Hundred Fold II, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF LOUISIANA

Case number (if known) **18-10313**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City       State       Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City       State       Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City       State       Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City       State       Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name     **One Hundred Fold II, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF LOUISIANA

Case number (if known)     **18-10313**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | _____ |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ☑ Operating a business<br>☐ Other _____ | _____ |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ☑ Operating a business<br>☐ Other _____ | _____ |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

| Debtor | One Hundred Fold II, LLC | Case number *(if known)* | 18-10313 |

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **EBR City Parish** **actions regarding flood damaged properties** | | | ☑ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor   **One Hundred Fold II, LLC**                                   Case number *(if known)*   **18-10313**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **some flood damage occured to to properties in August 2016; some of those were subjected to demolition by the parish during the year prior to the filing of this case** | | **2016-2018** | **Undetermined** |

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Attorney Pamela Magee LLC<br>P O Box 59<br>Baton Rouge, LA 70821** | **Attorney Fees-$3,000.00 for pre bankruptcy preparation of pleadings; prior payment of $1,717.00 for court costs only** | **3/6/18** | **$3,000.00** |
| | **Email or website address<br>pam@AttorneyPamMagee.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

| Debtor | One Hundred Fold II, LLC | Case number *(if known)* | 18-10313 |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

| Debtor | One Hundred Fold II, LLC | Case number *(if known)* | 18-10313 |
|---|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26.  Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **David Wascom, CPA at Hannis T. Bourgeois firm Baton Rouge Louisiana** | **monthly accounting services** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    One Hundred Fold II, LLC                                    Case number *(if known)*   18-10313

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Hannis T. Bourgeois LLP** **CPA firm** **2322 Tremont Dr** **Baton Rouge, LA 70809** | **monthly and annual financial compilations** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jerry L. Baker Jr.** | **4968 Underwood Ave. Baton Rouge, LA 70805** | **President & shareholder** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☑ Yes. Identify below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **One Hundred Fold II, LLC**                                         Case number *(if known)*   **18-10313**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **No parent corporation; debtor is one of the successor entities of Redeemed Properties Inc., a reorganized chapter 11 business** | **EIN:**      n/a - not a parent company |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   Signature and Declaration

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on      **April 17, 2018**

   **/s/ Jerry L. Baker, Jr.**                                    **Jerry L. Baker, Jr.**
   Signature of individual signing on behalf of the debtor        Printed name

   Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes