**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE: One Hundred Fold II, LLC                                    CASE NO. 18-10313
        (Debtor)                                                                      CHAPTER 11

**MOTION FOR APPROVAL OF SALE OF PROPERTY OF THE ESTATE**
**FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. §363**

      NOW INTO COURT, comes the Debtor in Possession who moves this Court for relief as follows:

1.

      The captioned Debtor filed a Chapter 11 petition for relief under Title 11 of the United States Code on March 24, 2018. The debtor owns and rents single family residential properties primarily in the northwest area of Baton Rouge. The debtor's property inventory consists of fifty-one properties, most of which have a single family residential home that is rented. However, some of the properties were damaged or totally lost due to the flood of August 2016. A few of the damaged properties cannot be restored and others require significant repairs before those properties can be leased. This sale excludes those properties that were damaged in the flood because there are flood insurance proceeds anticipated to be adequate to address the Allowed Secured Claims of those lenders.

2.

      Since the filing of this case, the debtor's management has been seeking methods and funding options to find a way to reorganize this debtor. In addition to the adverse effect of the flood loss, the effect of the national lenders failure to comply with the terms of the prior chapter 11 case has resulted in these properties being taken out of commerce for years. The debtor's status of being unable to buy and sell any of these properties has also affected a community that needed access to less affordable rental housing. This effect was intensified when many

apartments and rental properties were lost in the Baton Rouge area due to the 2016 flood. The method in which the lenders has treated these loan since the chapter 11 confirmation that created this entity has also affected the debtor's ability to function in the real estate industry as it became the owner of too many properties no longer in commerce.

3.

The proposed sale creates a financing structure will result in one *business loan with a debt* that would not be constantly sold and transferred as the debtor's loans have been since confirmation of prior chapter 11, as if there was a single family home mortgage debtor living in each. Each secured claim held by a national lender has been treated by the mortgage lenders as if the prior chapter 11 did not occur, as if a chapter 13 case was concluded, successfully or not. Most of the lenders are still billing Mr. Jerry L. Baker Jr. individually although he was personally discharged from these loan over ten years ago. Further, each of the mortgage lenders holding secured claims in the confirmed chapter 11 plan of Redeemed Properties transferred its loan to others owners and servicers, for multiple times since the original chapter 11 confirmation. Enforcement of a typical chapter 11 plan would require perpetual litigation against each new national mortgage lender who acquires these properties by transfers, and the debtor cannot afford that nor will that approach ever get these properties back into commerce.

4.

The necessity of eliminating the stagnating effect of creditors' failures to comply with a confirmed chapter 11 plan requires the debtor to seek to sell the subject properties so that a new company can obtain the financing. The public records of the State of Louisiana reflect the transfer of the properties from Redeemed Properties to One Hundred Fold II, LLC, as according to the terms of the confirmed plan. The order of confirmation modified the terms of the loans.

Yet these lenders failed to comply with the legal effect of a chapter 11 confirmation order except for a few as ligation was commenced against each during the past year. The lenders were requested to execute new notes as a further effort to implement the terms of the confirmation order, but to no avail. Within the first year following confirmation of the prior chapter 11 plan not one lender had signed the revised note or even reflected the terms of the plan in their electronic systems. To this day the majority are still billing Jerry L. Baker Jr. as there were no chapter 11 plan and discharge of debt years ago.

5.

Management, Mr. Baker, has arranged financing through People's Bank in order to facilitate this chapter 11 reorganization. It will require Mr. Baker to personally guarantee the debt and structure a loan in a new company. The loan proceeds will pay the allowed secured claims in the amounts reflected on Exhibit "A" to this motion. The sales of these properties to the new entity will be free and clear of the liens of each mortgagor holding a secured claim on the property and any other liens, if any.

6.

Therefore, the debtor seeks approval to sell the properties listed on Exhibit "A" for the sum of **$600,000.00** in order to facilitate the reorganization of this company. Because this debtor cannot qualify for funding, management has applied for and has been able to obtain a commitment for a funding structure to purchase the properties from the debtor at market value. This eliminates the issues described above with confirmation of a typical chapter 11 plan in this case at terms similar to the last case, when the national lenders failed to comply with the terms of the confirmed chapter 11 plan. This sale is a solution to the inability of the debtor company to obtain funding to refinance the debt.

WHEREFORE, mover requests that this Honorable Court enter an order authorizing the debtor to sell the properties free and clear of liens for cash for the fair market value of the properties reflected on the attached exhibit "A" and such other relief and terms as ordered by this court.

RESPECTFULLY SUBMITTED

ATTORNEY PAMELA MAGEE LLC:
s/Pamela Magee
Pamela Magee, La Bar #17476
P O Box 59, Baton Rouge LA 70821
EMAIL: pam@AttorneyPamMagee.com
TELEPHONE: (225) 367-4662

Attorney for Debtor in Possession

## Exhibit "A"

| Street Name/lender | Address/ Lot |
|---|---|
| 1. **69th Ave.**<br>Ditech Financial<br>Bank Addition, lot 40-A, Sq 53 | 2938 69th Ave.<br>Baton Rouge LA 70807 |
| 2. **70th Ave.**<br>Seterus Inc.<br>Bank Addition Lots 3&4, Sq 70 | 2915 70th Ave.<br>Baton Rouge LA 7080 |
| 3. **Adams Ave.**<br>Chase Mortgage<br>East Fairfields, lot 20 Sq 25 | 5612 Adams Ave.<br>Baton Rouge LA 70805 |
| 4. **Bomer Dr.**<br>Chase Mortgage | 7351 Bomer Dr.<br>Baton Rouge LA 708012<br>Greendale s/d lot 87 |
| 5. **Byron Ave.**<br>Chase Mortgage | 5153 Byron Ave.<br>Baton Rouge LA 70805<br>Addition North Highland, lot 14 Sq 13 |
| 6. **Chipley St.**<br>PNC Bank | 920 Chipley St.<br>Baker, LA 70714<br>Park Ridge Sec II, lot 66 |
| 7. **Clayton Dr**<br>Chase Mortgage | 3749 Clayton Dr,<br>Baton Rouge, LA 70805;<br>North Highlands Estates lot 198 |
| 8. **Clayton Dr.**<br>Wells Fargo Home Mortgage | 4060 Clayton Dr.<br>Baton Rouge LA 70805<br>North Highland Estates portion #206 & 217 |
| 9. **Clayton Dr.**<br>Chase Mortgage Baton | 5056 Clayton Dr.<br>Rouge LA 70805<br>Addition North Highland,<br>Lot 7 & east 10'Lot 6, Sq 19 |
| 10. **Clayton Dr.**<br>Seterus, Inc. | 5350 Clayton Dr.<br>Baton Rouge LA 70805<br>Suburb Greaud, lot 8 |

11. **Curtis St.**     2741 Curtis St.
    **Citimortgage Inc.**     Baton Rouge LA 70807
    Roosevelt Place, lot 17 Sq 9

12. **Dalton St.**     3576 Dalton St.
    **Wells Fargo Home**     Baton Rouge LA 70805
    **Mortgage**     Highland Gardens Lot 122

13. **Dayton St.**     2815 Dayton St.
    **PNC Bank**     Baton Rouge LA 70805
    Dayton s/d, lot 11 Sq 2

14. **Dayton St.**     3402 Dayton St.
    **PNC Bank**     Baton Rouge LA 70805
    Plank Road s/d lot 4

15. **Erie St.**     2948 Erie St.
    **Wells Fargo Home**     Baton Rouge LA 70805
    **Mortgage**     Victory Place, lot 42, Sq 2

16. **Fairfields Ave.**     3406 Fairfields Ave.
    **PNC Bank**     Baton Rouge LA 70802
    Belfort s/d lot 156

17. **Fairfields Ave.**     4911 Fairfields Ave.
    **Seterus, Inc.**     Baton Rouge LA 70802
    East Fairfields s/d lot 9 Sq 3

18. **Geronimo St**     3438 Geronimo St.
    **PNC Bank**     Baton Rouge LA 70805
    Suburb Istrouma lot 9-C Sq 110

19. **Greenwell St**     3328 Grenwell St.
    **PNC Bank**     Baton Rouge LA 70805
    Legion Village, lot 65

20. **Henderson Ave.**     5724 Henderson Ave.
    **PNC Bank**     Baton Rouge LA 70805
    Legion Village, lot 53

21. **Lupine Ave.**     2722 Lupine Ave.
    **PNC Bank**     Baton Rouge LA 70805
    Standard Heights, lot 3 Sq 55

22. **Mohican St.**     4051 Mohican St.
    **PNC Bank**     Baton Rouge LA 70805
    Babin s/d, lot L sq 4

23. **Ontario St.**     3229 Ontario St.
    **Citimortgage Inc.**     Baton Rouge LA 70807
    Drawford Addition lot 3 Sq 5 or E

**24. Osbourne Ave**  
    **Chase Mortgage**  
    **5444 Osbourne Ave.**  
    **Baton Rouge LA 70805**  
    **Dougherty Place, lot 24 Sq B**

**25. Ozark St.**  
    **PNC Bank**  
    **3864 Ozark St.**  
    **Baton Rouge LA 70805**  
    **New Dayton s/d, lot 13 Sq 18**

**26. Prescott Rd.**  
    **Citimortgage Inc.**  
    **5024 Prescott Rd**  
    **Baton Rouge LA 70805**  
    **East Dayton s/d, Lot 104**

**27. Rhodes Ave.**  
    **Ditech Financial LLC**  
    **2275 Rhodes Ave.**  
    **Baton Rouge LA 70802**  
    **Belfair Homes s/d, lot 415**

**28. Sherwood St.**  
    **PNC Bank**  
    **3958 Sherwood St.**  
    **Baton Rouge LA 708085**  
    **North Highland Estates, lot 246**

**29. Shelly St**  
    **PNC Bank**  
    **2845 Shelley St.**  
    **Baton Rouge LA 0805**  
    **Delmont Place s/d lot 33 sq 8**

**30. Shelley St.**  
    **Chase Mortgage**  
    **3577 Shelley St.**  
    **Baton Rouge LA 70805**  
    **North Highland Estates s/d, lot 57**

**31. Spedale St.**  
    **Chase Mortgage**  
    **3848 Spedale St.**  
    **Baton Rouge LA 0805**  
    **A portion of lot 2 Fairacre Farms**

**32. Sumrall Dr.**  
    **Chase Mortgage**  
    **5074 Sumrall Dr.**  
    **Baton Rouge LA 70811**  
    **Glen Oaks s/d, lot 248**

**33. Sycamore St.**  
    **Ditech Financial LLC**  
    **3965 Sycamore St.**  
    **Baton Rouge LA 70805**  
    **Schorten Place s/d, lot 16, Sq 7**

**34. Terrace St**  
    **PNC Bank**  
    **1824 Terrace St.**  
    **Baton Rouge LA 70802**  
    **Addition Suburb Swart, lot 60**

**35. Underwood**  
    **Seterus, Inc.**  
    **4967 Underwood**  
    **Baton Rouge LA 70805**  
    **Foster Heights s/d, lot 41**

**36. Winbourne Ave.**  
    **Ditech Financial LLC**  
    **3005 Winbourne Ave.**  
    **Baton Rouge LA 70805**  
    **Rasalie Park, lot 11 Sq 1**

**37. Winbourne Ave.**             **3027 Winbourne Ave.**
   **Seterus, Inc.**                   **Baton Rouge LA 70805**
                                        **Rosalie Park s/d, lot 13 &**
                                        **Western half lot 14, sq 1**