UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE: ONE HUNDRED FOLD II, LLC
CASE NO: 18-10313
CHAPTER 11

## OBJECTION TO MOTION FOR APPROVAL OF SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C.§363

NOW INTO COURT through undersigned counsel comes JPMorgan Chase Bank, National Association (Mover) a secured creditor in the above entitled and numbered case, who with respect represents as follows:

I.

Debtor filed a Motion for Approval of Sale of Property of the Estate Free and Clear of Liens Pursuant to 11 U.S.C. §363 ("Motion to Sell") on August 22, 2018, with a hearing set for October 10, 2018 at 2:00 P.M.

II.

Mover holds seven (7) loans affecting the following properties:

1. 7351 Bomer Drive, Baton Rouge, Louisiana 70812
2. 5612 Adams Avenue, Baton Rouge, Louisiana 70805
3. 5742 Henderson Avenue, Baton Rouge, Louisiana 70805
4. 5074 Sumrall Drive, Baton Rouge, Louisiana 70811
5. 5339 Ritterman Avenue, Baton Rouge, Louisiana 70805
6. 3749 Clayton Drive, Baton Rouge, Louisiana 70805
7. 5444 Osboune, Baton Rouge, Louisiana 70805

III.

Mover opposes the Motion to Sell and requests clarification of the terms of the sale. The Motion to Sell is proposing to sell the said property along with 36 other properties for a total of $600,000.00 free and clear of liens for cash for the fair market value of the properties. The Motion to Sell does not provide an amount to be paid to each Mover for the said properties and does not

identify or define fair market value. It also does not identify the prospective buyer.

IV.

The schedules A/B filed in this case reflects the value of the properties as $15,000.00 with the exception of 5742 Henderson Avenue and 5339 Ritterman Avenue which are valued at zero (0). Mover is in the process of obtaining appraisals on said properties.

V.

Mover submits that it is impossible to analyze the Motion to Sell under 11 U.S.C. 363(f) because key terms of the proposed sale are missing and the "fair market value" of the properties are not identified.

VI.

For the foregoing reason, Mover objects to the Motion to Sell proposed by the Debtor.

WHEREFORE, Mover respectfully prays that if the Motion to Sell be denied or supplemental to provide Mover with further information.

RESPECTFULLY SUBMITTED

GRAHAM, ARCENEAUX & ALLEN, LLC

*/s/Stacy C. Wheat*
Louis Graham Arceneaux (#25334)
Fred J. Daigle (#24066)
Stacy C. Wheat (#19826)
Foerstner G. Meyer (#37801)
Attorneys for Mover
639 Loyola Ave., Suite 1800
New Orleans, LA. 70113
(504) 522-8256
bankruptcy@gra-arc.com