**seterus**™
PO Box 1077; Hartford, CT 06143-1077

**Business Hours (U.S. Continental Local Time)**
Monday-Friday 8 a.m. to 5 p.m.

**Physical Address**
14523 SW Millikan Way; Suite 200; Beaverton, OR 97005

**Payments**
PO Box 54420; Los Angeles, CA 90054-0420

**Correspondence, Inquiries, and Notices**
PO Box 1077; Hartford, CT 06143-1077

**Phone:** 866.570.5277
**Fax:** 866.578.5277
www.seterus.com

*L103AE.1*
BAKER JR, JERRY L



December 18, 2018
Loan Number: ▓▓▓▓▓▓
Serviced by Seterus, Inc.

RE:  3027 WINBOURNE AVE
     BATON ROUGE, LA 70805-5754

Dear BAKER JR, JERRY L:

We are responding to your request for the payoff total on loan number 25268701. All of the conditions in this statement must be met for your loan to be paid in full. Subject to these conditions, the amount required to pay your loan in full by December 28, 2018 is $33,536.94. This includes an unpaid principal balance of $27,310.84. The amount quoted in this statement may increase due to additional interest and fees.

**PAYOFF CONDITIONS**

- If payoff funds are received after December 28, 2018, an additional $3.37 interest is required for each day after that date.

- If any charges (including escrow disbursements) are posted to your account after the date of this letter, you also will have to pay those charges.

- You must continue to make your scheduled loan payments when due. A late charge of $5.88 may be assessed in accordance with your loan agreement if the loan installment is not received prior to the expiration of your grace period.

- All payments that we previously have received and receive in the future must clear. If they do not clear, additional funds may be required to cover the shortage.

- At our option, we will return funds that are insufficient to complete the payoff, along with a new quote. Interest will continue to accrue until the full payoff is received.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. SEE **IMPORTANT DISCLOSURES** IN THIS LETTER.

BAKER JR, JERRY L
December 18, 2018
Loan number: ▮

The payoff total in this statement is good through December 28, 2018, unless a payoff statement with a later date is issued by us. If you do not pay prior to that date, please request an updated payoff statement prior to sending any funds. We do not provide a payoff statement over the phone. The terms of this payoff statement may only be modified when we issue a subsequent payoff statement.

If you currently make loan payments to us via AutoPay, it will be automatically discontinued once the loan is paid in full. However, if you would like to cancel your AutoPay before your loan is paid in full, please contact us at 866.570.5277. If a draft is scheduled to occur in less than five days, do not place a stop payment on the draft. If this results in any overpayment on the loan, a refund with be mailed within 30 days.

We will return any excess funds after the payoff as well as send any remaining escrow balance, subsequent refunds, and year-end information to the mailing address on file. Escrow funds will be released approximately 20 business days after the loan is paid in full.

Send your payment to the attention of the Transaction Processing Department. If we receive your payoff funds after 4 p.m. Pacific time, we will process them the next business day; otherwise, we will process payoff funds the same day that we receive them. The payment(s) to pay off the loan must clear in order for us to release the lien. Personal checks are subject to a 21-day hold or more to ensure the payment has cleared. Upon receipt of all funds required to pay your loan in full, including all contractual charges, we will forward the satisfaction and documents to the county for recording.

**PAYMENT INSTRUCTIONS**

| WIRING INSTRUCTIONS | OVERNIGHT ADDRESS |
|---|---|
| JP Morgan Chase Bank, Tampa, FL<br>ABA: 0210-0002-1<br>Account: 859310005<br>Seterus, Inc.<br>Loan Number: ▮<br>Borrower Name: BAKER JR, JERRY L | Seterus, Inc.<br>Transaction Processing Department<br>14523 S.W. Millikan Way, Suite 200<br>Beaverton OR  97005<br>Loan Number: ▮<br>Borrower Name: BAKER JR, JERRY L |

BAKER JR, JERRY L
December 18, 2018
Loan number: █████

**THIS PAYOFF STATEMENT EXPIRES ON December 28, 2018.**

| | |
|---|---:|
| Due Date of Next Payment: | April 01, 2014 |
| Interest Rate: | 4.50000% |
| Per Diem Rate: | $3.37 |
| Current Principal Balance: | $27,310.84 |
| Unpaid Interest: | 5,928.85 |
| Escrow Overdraft: | 0.00 |
| Deferred Principal: | 0.00 |

Unpaid Open Charges Through December 18, 2018:

| | |
|---|---:|
| Property Inspection Costs: | 240.00 |
| Valuations Costs: | 85.00 |
| Less Suspense: | -27.75 |
| Total Amount Secured by the Mortgage or Deed of Trust: | $33,536.94 |

**Additional Required Contractual Fees**

| | |
|---|---:|
| Recording Cost to Release Documents: | 0.00 |
| Total Amount Due as of December 28, 2018: | $33,536.94 |

If you have any questions, please contact us at 866.570.5277.

Sincerely,

Seterus, Inc.

IMPORTANT NOTE: The owner of your loan is Fannie Mae (Federal National Mortgage Association), 3900 Wisconsin Avenue NW, Washington, DC  20016-2892, 800.232.6643. Fannie Mae has contracted with us to service and respond to inquiries about your loan. Please direct all correspondence to Seterus, Inc., PO Box 1077, Hartford, CT 06143-1077.

**IMPORTANT DISCLOSURES**

**COLORADO:** Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228, 888.738.5576. **NEW YORK CITY:** 1411662, 1411665, 1411669. **OREGON:** Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call 866.814.9710 or visit http://dfr.oregon.gov. **TEXAS COLLATERAL ONLY:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877.276.5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.