# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA

IN RE: ONE HUNDRED FOLD II, LLC        CASE NO. 18-10313
                                                                           CHAPTER 11

## OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN

NOW INTO COURT, through undersigned counsel, comes NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER PREVIOUSLY SERVICED BY SETERUS, INC. ("Creditor"), a secured creditor in the above entitled and numbered case, who respectfully represents as follows:

1.

Creditor is a secured creditor in the above entitled case by virtue of its holding a note secured by a mortgage affecting certain property located at 3027 Winbourne Ave., Baton Rouge, LA 70805. The note and mortgage is payable in monthly installments.

2.

As of December 28, 2018, Debtor owed Creditor as estimated total claim in the amount of $33,536.94. Creditor has not filed a proof of claim at this time. This loan service released from Seterus, Inc. to Nationstar Mortgage LLC d/b/a Mr. Cooper on March 1, 2019.

3.

The plan of the Debtor proposes that the amount of the Allowed Secured Claim is hereby fixed as of the petition date as indicated in Exhibit A to the plan, which reflects a secured claim amount of $22,000.00. Creditor asserts that the current value of the property is $29,000.00 ("See Exhibit A").

4.

The plan of the Debtor also proposes that the allowed secured claim will be paid in one lump sum cash payment of $22,000.00 from the sale of the immovable property.  This property was withdrawn from the Motion to Sell per minute entry entered on February 13, 2019.

5.

Creditor objects to its treatment in the plan and requests clarification of the amount to be paid.

6.

For the foregoing reason, Creditor objects to the confirmation of the plan proposed by the Debtor.

WHEREFORE, CREDITOR PRAYS that confirmation of the Chapter 11 plan proposed by the Debtor herein be denied by the Court.

>DEAN MORRIS, L.L.C.
>1820 Avenue of America
>P. O. Box 15270
>Monroe, LA  71207-5270
>(318) 388-1440
>
>/S/ Jason R. Smith
>ATTORNEY FOR CREDITOR



# Broker Price Opinion

☒ Exterior Inspection
☐ Interior Inspection

| | |
|---|---|
| Property Address: | 3027 Winbourne Ave |
| City, State, Zip: | Baton Rouge, LA 70805 |
| Loan Number: | ▇▇▇▇▇▇ |
| 2nd Loan / Client #: | |
| Vendor ID: | 4673776 |
| Deal Name: | |
| Inspection Date: | 11/10/2018 |
| Subject APN: | 22033-00309079 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Property Occupancy Status | Owner | Does the Property Appear Secure? | Yes | Est. Monthly Rent | $710 | Sold in the last 12 Months? No |
| Currently Listed | Currently List Broker | List Broker Contact # | Initial List Price | Initial List Date | Current List Price | DOM / CDOM |
| No | | | | | | Sale Price: |
| Is the Subject Listing Currently Pending? | | Date of Contract | | CDOM to Contract | | Sale Date: |

**Subject Property Comments / External Influences**

Based on an inspection of the subject, no repairs were observed and it conforms to the surrounding neighborhood.

| | Subject | Sold Comp 1 | Sold Comp 2 | Sold Comp 3 | List Comp 1 | List Comp 2 | List Comp 3 |
|---|---|---|---|---|---|---|---|
| Address | 3027 Winbourne Ave Baton Rouge, LA 70805 | 3217 Dalton St Baton Rouge, LA 70805 | 3426 Wenonah St Baton Rouge, LA 70805 | 3662 Dalton St Baton Rouge, LA 70805 | 3213 Iroquois St Baton Rouge, LA 70805 | 3748 Clayton St Baton Rouge, LA 70805 | 3936 Wyandotte St Baton Rouge, LA 70805 |
| Proximity | | 0.32 Miles | 0.29 Miles | 0.49 Miles | 0.44 Miles | 0.95 Miles | 0.6 Miles |
| Sale/List Price | | $26,000 | $30,000 | $30,000 | $25,000 | $27,900 | $29,900 |
| Sale Date | | 2/28/2018 | 4/23/2018 | 8/10/2018 | active | active | active |
| Price Per Sq.ft. | $30.66 | $27.63 | $33.19 | $31.12 | $27.72 | $31.00 | $26.27 |
| Initial List Price | | $29,900 | $35,000 | $60,000 | $25,000 | $28,900 | $34,900 |
| Initial List Date | | 1/18/2018 | 4/11/2018 | 1/4/2018 | 3/28/2018 | 4/3/2018 | 9/22/2018 |
| Current/Final List | | $29,900 | $35,000 | $60,000 | $25,000 | $27,900 | $29,900 |
| DOM/CDOM | | 5 / 5 | 0 / 0 | 194 / 194 | 0 / 0 | 222 / 222 | 25 / 25 |
| Sales Type | | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market |
| Finance Incentives | | 0 | 0 | 463 | 0 | 0 | 0 |
| Living Area | 946 | 941 | 904 | 964 | 902 | 900 | 1138 |
| #Rooms/Bed/Bath 1 | 5 / 2 / 1 | 5 / 2 / 1 | 6 / 3 / 1 | 6 / 3 / 1 | 6 / 3 / 1 | 5 / 2 / 1 | 5 / 2 / 1 |
| Year Built | 1951 | 1951 | 1981 | 1968 | 1951 | 1951 | 1942 |
| Bsmnt SF/% Finished | | | | | | | |
| Lot Size | 0.15ac | 0.17ac | 0.15ac | 0.11ac | 0.18ac | 0.11ac | 0.22ac |
| Property Type | SF Detach | SF Detach | SF Detach | SF Detach | SF Detach | SF Detach | SF Detach |
| Style / Quality | Ranch / Q4 | Ranch / Q4 | Ranch / Q4 | Ranch / Q4 | Ranch / Q4 | Ranch / Q4 | Ranch / Q4 |
| # of Units | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Condition | C4 | C4 | C4 | C4 | C4 | C4 | C4 |
| Pool/Spa | None | No / No | No / No | No / No | No / No | No / No | No / No |
| View | Residential | Residential | Residential | Residential | Residential | Residential | Residential |
| Porch/Patio/Deck | Yes / No / No | Yes / No / No | No / Yes / No | Yes / No / No | No / No / No | No / No / No | Yes / No / No |
| Fireplace | No | No | No | No | No | No | No |
| Garage | None | None | None | None | None | None | None |
| Other Features | None | None | None | None | None | None | None |
| HOA Fees | 0/mo | 0/mo | 0/mo | 0/mo | 0/mo | 0/mo | 0/mo |
| Subdivision | Rosalie Park | Crawford Addition | Istrouma | Highland Gardens | Istrouma | North Highland Estates | New Dayton |
| School District | East Baton Rouge | East Baton Rouge | East Baton Rouge | East Baton Rouge | East Baton Rouge | East Baton Rouge | East Baton Rouge |
| Common Amenities | | | | | | | |
| Data Source - ID | Other - | MLS - 2018000827 | MLS - 2018005762 | MLS - 2018000266 | MLS - 2018004945 | MLS - 2018005230 | MLS - 2018016158 |

| | As-Is Price Estimate | As-Repaired Price Estimate | Land Only Price |
|---|---|---|---|
| Market Time 90-120 days | | | |
| Anticipated Sale Price | $29,000 | $29,000 | $2,000 |
| Recommended List Price | $34,000 | $34,000 | |
| Recommended Sales Strategy: | | ☒ As - Is | ☐ Repaired |



| | Address | City | BR | BA | Lot Size | Sale/List Date | Year Built | Sale/List Price | Distance |
|---|---|---|---|---|---|---|---|---|---|
| • | 3027 Winbourne Ave | Baton Rouge | 2 | 1 | 0.15ac | | 1951 | | |
| 1 | 3217 Dalton St | Baton Rouge | 2 | 1 | 0.17ac | 2/28/2018 | 1951 | $26,000 | 0.32 Miles |
| 2 | 3426 Wenonah St | Baton Rouge | 3 | 1 | 0.15ac | 4/23/2018 | 1981 | $30,000 | 0.29 Miles |
| 3 | 3662 Dalton St | Baton Rouge | 3 | 1 | 0.11ac | 8/10/2018 | 1968 | $30,000 | 0.49 Miles |
| 1 | 3213 Iroquois St | Baton Rouge | 3 | 1 | 0.18ac | 3/28/2018 | 1951 | $25,000 | 0.44 Miles |
| 2 | 3748 Clayton St | Baton Rouge | 2 | 1 | 0.11ac | 4/3/2018 | 1951 | $27,900 | 0.95 Miles |
| 3 | 3936 Wyandotte St | Baton Rouge | 2 | 1 | 0.22ac | 9/22/2018 | 1942 | $29,900 | 0.6 Miles |

**Neighborhood Data:**

Location Type: Suburban    Market Trend: Stable    Economic Trend: Stable    Neighborhood Trend: Stable

Housing Supply: Stable    Crime/Vandalism: Low Risk    REO Driven? No    Avg Age of Home: 65

Neighborhood Pride of Ownership: Average    Avg Marketing Time of Comparable Listings: 3 to 6 Mos.

Price Range: $11,000 to $50,000    Median Price: $28,667    Predominate Value: $28,667    Average DOM: 66

Number of units for rent:    Number of units in complex for sale:

Negative Neighborhood Factors that will detract from the subject:
None Noted

Neighborhood Comments:
The subject's neighborhood is in average condition, with no signs of neglect or decline.

**Marketability of Subject:**

Most Likely Buyer: Owner Occupant    Types of Financing the Subject will NOT qualify for: N/A

Will this be a problem for resale? If yes, please explain:
None Noted

| | |
|---|---|
| Sale 1 Comments | Investment property, handyman special or starter home. 2 bedrooms with bonus room could be used as additional bedroom. All wood flooring. One car garage. |
| Sale 2 Comments | Cozy, cottage style 3 bed, 1 bath home thataEURtms move in ready! This home is very tidy and perfect to use as rental property or a small familyaEURtms first home. A perfect price for a perfect opportunity. Bring all offers! |
| Sale 3 Comments | EXCELLENT INVESTMENT PROPERTY!!! Turn Key Investment opportunity. Become an instant Landlord when you purchase this property. Current tenant pays $700 per month for rent. Seller has 3 additional single family homes for sale just around the corner from this property. Seller wil |
| List 1 Comments | (No remarks, comments or MLS comments are available for this comparable). |
| List 2 Comments | New listing for you! 2BR/1BA cottage. Convenient to interstate, downtown and chemical plants. Great opportunity for investors. 20 year tenant! |
| List 3 Comments | DID NOT FLOOD! Investors. needs TLC! Great investment property with many potentials or homeowner. No utilities, AC/Heat not working. |

**Comments:**

Service Provider Comments:

The subject is in in average condition. Homes within the immediate neighborhood show no signs of neglect or decline. The nearest, most similar comparable properties were used for this report. Marketability for the subject is as-is, since there were no repairs observed during an inspection. Subject characteristics were estimated, since MLS and tax records do not have this information.

Vendor Comments:

| | | | |
|---|---|---|---|
| Service Provider Signature | /s/ Jarvis Flugence | BPO Effective Date | 11/11/2018 |
| Service Provider Company | Gulf South Realty | Service Provider Lic. Num. | 995684065 |

| Repairs | | |
|---|---|---|
| Recommended Repairs would bring the subject to: $29,000 | | |
| **Internal Repairs** | **Comment** | **Total** |
| Paint | | $0 |
| Walls/Ceiling | | $0 |
| Carpet/Floors | | $0 |
| Cabinets/Countertops | | $0 |
| Plumbing | | $0 |
| Electrical | | $0 |
| Heating/AC | | $0 |
| Appliances | | $0 |
| Doors/Trim | | $0 |
| Cleaning | | $0 |
| Other | | $0 |
| | Internal Repair Total: | |
| **External Repairs** | **Comment** | **Total** |
| Roof | | $0 |
| Siding/Trim | | $0 |
| Structural | | $0 |
| Windows/Doors | | $0 |
| Paint | | $0 |
| Foundation | | $0 |
| Garage | | $0 |
| Landscaping | | $0 |
| Fence | | $0 |
| Other | | $0 |
| | External Repair Total: | |
| | Repair Total: | |



Subject Front

**3027 Winbourne Ave
Baton Rouge, LA 70805**



Address



Side

 Side

 Street

 Street



View across street



**Comparable Sale #1**

3217 Dalton St
Baton Rouge, LA 70805
Sale Date: 2/28/2018
Sale Price: $26,000



**Comparable Sale #2**

3426 Wenonah St
Baton Rouge, LA 70805
Sale Date: 4/23/2018
Sale Price: $30,000



**Comparable Sale #3**

3662 Dalton St
Baton Rouge, LA 70805
Sale Date: 8/10/2018
Sale Price: $30,000



**Comparable Listing #1**

3213 Iroquois St
Baton Rouge, LA 70805
Current List: $25,000



**Comparable Listing #2**

3748 Clayton St
Baton Rouge, LA 70805
Current List: $27,900



**Comparable Listing #3**

3936 Wyandotte St
Baton Rouge, LA 70805
Current List: $29,900

Neither Xome Valuation Services LLC nor any of its affiliates, members, managers or contractors makes any representation or warranty as to the accuracy or completeness of the information contained in this broker price opinion. You should use good faith efforts in determining that the content of all information to be provided to or obtained by you is accurate. This analysis has been performed by a licensed real estate professional and is intended for the benefit of the addressee only. The Brokers Price Opinion is not to be construed as an appraisal and may not be used as such for any purpose. The purpose of this BPO is to provide an estimate of the probable sales price of the property, utilizing the sales comparison approach methodology and will not be used for loan origination. This opinion may not be used by any party as the primary basis to determine the value of a parcel of real property for a mortgage loan origination, including first and second mortgages, refinances or equity lines of credit. Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed appraiser must be obtained.